```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 05966
   MICHAEL J JANS
   DEBORAH K JANS                         CHAPTER 13

                                          JUDGE: BRUCE W BLACK
          Debtor
   SSN XXX-XX-1943      SSN XXX-XX-8892
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the adminstration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/15/06 .

2. The case was converted to Chapter 7 without confirmation, 06/08/2007.

3. The Debtor paid a total of $  2000.00 .

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BRADLEY J WALLER | ADMINISTRATIV | 853.00 | .00 | 853.00 |
| AMC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| ASTHMA & ALLERGY CARE CE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CBUSA SEARS | UNSECURED | NOT FILED | .00 | .00 |
| CITICORP | UNSECURED | NOT FILED | .00 | .00 |
| ECMC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE SERVICING COR | UNSECURED | NOT FILED | .00 | .00 |
| SAMS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN FINANCIAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| SM SERVICING | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT COMMUNICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| RETAILERS NATL BANK | UNSECURED | NOT FILED | .00 | .00 |
| UNIFUND CORP OH | UNSECURED | NOT FILED | .00 | .00 |
| ZENITH ACQUISITION | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| HERITAGE LAKE HOMEOWNERS | SECURED | .00 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | 853.00 | .00 | .00 | 853.00 |
| PRINCIPAL PAID | .00 | 853.00 | .00 | .00 | 853.00 |

```
INTEREST PAID                    .00         .00            .00            .00           .00
TOTAL PAID                       .00      853.00            .00            .00        853.00
```

The Debtor's attorney, ALONZO H ZAHOUR                 , was allowed $       .00
and was paid $       .00 .

The Trustee received $     22.77 .

Refunds to the Debtor totaled $   1124.23 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 09/26/07                    /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE