# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: JANS, MICHAEL J      JANS, DEBORAH K     Debtor(s) | §   Case No. 06-05966 <br> § <br> § <br> § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 04/29/2011 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 04/06/2011  By: /s/BRADLEY J. WALLER
                              Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: JANS, MICHAEL J<br>JANS, DEBORAH K<br><br>Debtor(s) | § Case No. 06-05966<br>§<br>§<br>§ |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 12,058.34 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 12,058.34 |
| **Balance on hand:** | $ 12,058.34 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 12,058.34 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRADLEY J. WALLER | 1,955.83 | 0.00 | 1,955.83 |
| Trustee, Expenses - BRADLEY J. WALLER | 130.00 | 0.00 | 130.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,085.83 |
| Remaining balance: | $ 9,972.51 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 9,972.51 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,535.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 15P | Illinois Dept of Revenue | 1,535.00 | 0.00 | 1,535.00 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 1,535.00 |
| Remaining balance: | $ | 8,437.51 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,910.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 60.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Recovery Management Systems Corporation - Sam's Club | 1,913.46 | 0.00 | 1,160.60 |
| 2 | Sallie Mae | 2,033.75 | 0.00 | 1,233.55 |
| 3 | Target National Bank (fka. Retailers National Bank) | 2,578.91 | 0.00 | 1,564.21 |
| 4 | Citibank ( South Dakota ) N.A. | 1,661.80 | 0.00 | 1,007.95 |
| 5 | ECMC | 2,861.26 | 0.00 | 1,735.47 |
| 6 | LVNV Funding LLC - Resurgent Capital Services | 875.28 | 0.00 | 530.89 |
| 7 | LVNV Funding LLC - Resurgent Capital Services | 1,986.42 | 0.00 | 1,204.84 |

UST Form 101-7-NFR (10/1/2010)

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 8,437.51 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 20,230.19 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | Asset Acceptance LLC | 13,869.33 | 0.00 | 0.00 |
| 10 | LVNV Funding LLC | 875.28 | 0.00 | 0.00 |
| 11 | LVNV Funding LLC | 1,986.42 | 0.00 | 0.00 |
| 12 | VL Funding | 2,177.53 | 0.00 | 0.00 |
| 14 | eCAST Settlement Corporation | 1,044.63 | 0.00 | 0.00 |
| 15U | Illinois Dept of Revenue | 277.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1            User: haleyp              Page 1 of 2              Date Rcvd: Sep 11, 2006
Case: 06-05966                  Form ID: ntcftfc7         Total Served: 45

The following entities were served by first class mail on Sep 13, 2006.
db          +Michael J Jans,    2426 Lakeridge Dr.,    Lockport, IL 60441-3951
jdb         +Deborah K Jans,    2426 Lakeridge Dr.,    Lockport, IL 60441-3951
aty         +Andrew S Corbett,    Macey & Aleman,    20 West Kinzie,    Suite 1300,    Chicago, IL 60610-7948
tr          +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
10748536    +Acs/wachovia Ed Financ,    501 Bleecker St,    Utica, NY 13501-2401
10748537     Amc Mortgage Services,    505 City Pkwy South # 10,    Orange, CA 92868
10748538    +Amex,    P O Box 297871,    Fort Lauderdal, FL 33329-7871
10748535    +Andrew S. Corbett #,    Legal Helpers, PC,    20 W. Kinzie,    13th Floor,    Chicago, IL 60610-6392
10748540    +Asthma & Allergy Care Center,    2228 Weber Rd.,    Joliet, IL 60403-0928
10748541    +Avco Financial Service,    2474 E Dempster St Ste 1,    Des Plaines, IL 60016-5314
10748542    +Banco Popular,    120 Broadway Fl 16,    New York, NY 10271-0025
10748545    +Cbusasears,    Po Box 6189,    Sioux Falls, SD 57117-6189
10748546    +Cda/pontiac,    415 E Main Pob 213,    Streator, IL 61364-0213
10748547    +Central Credit Un Of I,    1001 Mannheim Rd,    Bellwood, IL 60104-2391
10748549    +Citibank Usa,    Po Box 6003,    Hagerstown, MD 21747-6003
10748550     Citz Bk-flnt,    33 S Saginaw St,    Flint, MI 48502
10748551    +Classnotes,    3301 C Street Suite 200,    Sacramento, CA 95816-3300
10748552     Consecofin,    345 St Peter/900 Landmk,    Saint Paul, MN 55102
10748553    +Gemb/walmart,    Po Box 981127,    El Paso, TX 79998-1127
10748554    +Home Comings Financial,    2711 N Haskell Ave. Sw 1,    Dallas, TX 75204-2911
10748555    +Household Bank/rhodes Furn,    Po Box 15519,    Wilmington, DE 19850-5519
10748568   ++INFIBANK NA,    157 TECHNOLOGY PKWY,    STE 900,    NORCROSS GA 30092-2950
             (address filed with court: Sterling Bank & Trust,    1 Towne Sq Fl 17,
              Southfield, MI 48076-3729)
10748556    +James B Nutter & Co,    4153 Broadway St,    Kansas City, MO 64111-2694
10748534    +Michael J Jans,    Deborah K Jans,    2426 Lakeridge Dr.,    Lockport, IL 60441-3951
10748558     Natl Cty Crd,    K-a16-2j One Ncc Pkwy,    Kalamazoo, MI 49009
10748559    +Nicor Gas,    1844 Ferry Road,    Naperville, IL 60563-9600
10748560    +Onyx Acceptance Corporation,    27051 Towne Centre Dr,    Foothill Ranch, CA 92610-2804
10748561    +Rnb-fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
10748562    +Sallie Mae 3rd Pty Lsc,    1002 Arthur Dr,    Lynn Haven, FL 32444-1683
10748563    +Sallie Mae Servicing,    Pob 9500,    Wilkes Barre, PA 18773-9500
10748566    +Sm Servicing,    Po Box 9500,    Wilkes Barre, PA 18773-9500
10748570    +Unifund/collection Agency,    11802 Conrey Rd Ste 200,    Cincinnati, OH 45249-1074
10748571    +Wachovia Education Fin,    Po Box 13667,    Sacramento, CA 95853-3667
10748572    +Wffinance,    9632 S Roberts Rd,    Hickory Hills, IL 60457-2238
10748573     Wffinancial,    1240 O     P,    West Des Moine, IA 50266
10748574    +Zenith Acqu,    3200 Elmwood Avenu Suite 213,    Kenmore, NY 14217-1178

The following entities were served by electronic transmission on Sep 12, 2006 and receipt of the transmission
was confirmed on:
10748539    +EDI: ACCE.COM Sep 12 2006 00:57:00      Asset Acceptance,    Po Box 2036,    Warren, MI 48090-2036
10748543    +EDI: CAPITALONE.COM Sep 12 2006 00:58:00      Capital 1 Bk,    11013 W Broad St,
              Glen Allen, VA 23060-5937
10748544    +EDI: CAPITALONE.COM Sep 12 2006 00:58:00      Capital One Fsb,    Po Box 26625,
              Richmond, VA 23261-6625
10748545    +EDI: SEARS.COM Sep 12 2006 00:58:00      Cbusasears,    Po Box 6189,    Sioux Falls, SD 57117-6189
10748548    +EDI: CHASE.COM Sep 12 2006 00:58:00      Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
10748555    +EDI: HFC.COM Sep 12 2006 00:57:00      Household Bank/rhodes Furn,    Po Box 15519,
              Wilmington, DE 19850-5519
10748557    +EDI: CBSKOHLS.COM Sep 12 2006 00:58:00      Kohls,    N56 W17000 Ridge Wood Drive,
              Menomonee Fall, WI 53051-5660
10748564    +EDI: TSYS.COM Sep 12 2006 00:57:00      Sams Club,    Po Box 981400,    El Paso, TX 79998-1400
10748565    +EDI: RESURGENT.COM Sep 12 2006 00:58:00      Sherman Acquisitions,    Po Box 740281,
              Houston, TX 77274-0281
10748567    +EDI: NEXTEL.COM Sep 12 2006 00:57:00      Sprint,    Customer Service,    PO Box 15955,
              Shawnee Mission, KS 66285-5955
10748569    +EDI: WTRRNBANK.COM Sep 12 2006 00:58:00      Target Nb,    Po Box 9475,    Minneapolis, MN 55440-9475
                                                                                                 TOTAL: 11

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1        User: haleyp           Page 2 of 2            Date Rcvd: Sep 11, 2006
Case: 06-05966              Form ID: ntcftfc7     Total Served: 45
```

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 13, 2006        Signature: _Joseph Speetjens_

United States Bankruptcy Court
Northern District of Illinois

In re:
Michael J Jans
Deborah K Jans
    Debtors

Case No. 06-05966-BWB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: csimmons     Page 1 of 2     Date Rcvd: Apr 07, 2011
                Form ID: pdf006     Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2011.

```
db/jdb     +Michael J Jans,   Deborah K Jans,   2426 Lakeridge Dr.,   Lockport, IL 60441-3951
aty        +Alonzo H Zahour,   Law Office of Alonzo H. Zahour,   235 Remington Boulevard Suite G1,
             Bolingbrook, IL 60440-3686
tr         +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
             Sycamore, IL 60178-3140
11084158   +AMC Mtg Svcs Inc servicer for Ameriquest Mtg Co,   c/o Buchalter Nemer,
             18400 Von Karman Ave Ste 800,   Irvine, CA 92612-0514
10748536   +Acs/wachovia Ed Financ,   501 Bleecker St,   Utica, NY 13501-2401
10748537    Amc Mortgage Services,   505 City Pkwy South # 10,   Orange, CA 92868
10748538   +Amex,   P O Box 297871,   Fort Lauderdal, FL 33329-7871
10748535   +Andrew S. Corbett #,   Legal Helpers, PC,   20 W. Kinzie,   13th Floor,   Chicago, IL 60654-6392
10748540   +Asthma & Allergy Care Center,   2228 Weber Rd.,   Joliet, IL 60403-0928
10748541   +Avco Financial Service,   2474 E Dempster St Ste 1,   Des Plaines, IL 60016-5314
10748543   +Capital 1 Bk,   11013 W Broad St,   Glen Allen, VA 23060-5937
10748545   +Cbusasears,   Po Box 6189,   Sioux Falls, SD 57117-6189
10748546   +Cda/pontiac,   415 E Main Pob 213,   Streator, IL 61364-0213
10748547   +Central Credit Un Of I,   1001 Mannheim Rd,   Bellwood, IL 60104-2391
10748548   +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
10948466   +Citibank ( South Dakota ) N.A.,   DBA: SEARS,   POB 182149,   Columbus, OH 43218-2149
10748549   +Citibank Usa,   Po Box 6003,   Hagerstown, MD 21747-6003
10748550    Citz Bk-flnt,   33 S Saginaw St,   Flint, MI 48502
10748551   +Classnotes,   3301 C Street Suite 200,   Sacramento, CA 95816-3300
10748552    Consecofin,   345 St Peter/900 Landmk,   Saint Paul, MN 55102
11174475   +ECMC,   7325 Beaufont Springs,   Suite 200,   Richmond,VA 23225-5563
10748555   ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
            (address filed with court: Household Bank/rhodes Furn,   Po Box 15519,   Wilmington, DE 19850)
11267283   +Heritage Lake Estates Homeowners Association,   c/o Tressler, Soderstrom, Maloney & Prie,
             Po Box 1158,   Bolingbrook, IL 60440-1085
10748554   +Home Comings Financial,   2711 N Haskell Ave. Sw 1,   Dallas, TX 75204-2911
11407688   ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
            (address filed with court: Illinois Dept of Revenue,   Bankruptcy Section Level 7-425,
             100 W Randolph Street,   Chicago Il 60606)
10748568   ++INFIBANK NA,   1620 DODGE ST SC 3106,   OMAHA NE 68197-0001
            (address filed with court: Sterling Bank & Trust,   1 Towne Sq Fl 17,   Southfield, MI 48076)
11407689   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
             PHILADELPHIA PA 19101-7346
            (address filed with court: Internal Revenue Service,   230 S Dearborn Street,   District Director,
             Chicago Il 60604)
10748556   +James B Nutter & Co,   4153 Broadway St,   Kansas City, MO 64111-2694
10748534   +Michael J Jans,   Deborah K Jans,   2426 Lakeridge Dr.,   Lockport, IL 60441-3951
10748558    Natl Cty Crd,   K-a16-2j One Ncc Pkwy,   Kalamazoo, MI 49009
10980725    Nebraska Student Loan Program Inc,   P O Box 82507,   Lincoln NE 68501-2507
10748561   +Rnb-fields3,   Po Box 9475,   Minneapolis, MN 55440-9475
10921991   +Sallie Mae,   c/o Sallie Mae Inc.,   220 Lasley Ave,   Wilkes-Barre, Pa 18706-1496
10748562   +Sallie Mae 3rd Pty Lsc,   1002 Arthur Dr,   Lynn Haven, FL 32444-1683
10748563   +Sallie Mae Servicing,   Pob 9500,   Wilkes Barre, PA 18773-9500
10748566   +Sm Servicing,   Po Box 9500,   Wilkes Barre, PA 18773-9500
10748567   +Sprint,   Customer Service,   PO Box 15955,   Shawnee Mission, KS 66285-5955
10926453   +Target National Bank (f.k.a. Retailers National Ba,   TARGET VISA,   c/o Weinstein & Riley, P.S.,
             2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339
10748569   +Target Nb,   Po Box 9475,   Minneapolis, MN 55440-9475
10748570   +Unifund/collection Agency,   11802 Conrey Rd Ste 200,   Cincinnati, OH 45249-1075
11184752   +VL Funding,   c/o Sallie Mae Inc,   220 Lasley Avenue,   Wilkes-Barre, Pennsylvania 18706-1430
10748571   +Wachovia Education Fin,   Po Box 13667,   Sacramento, CA 95853-3667
10748572   +Wffinance,   9632 S Roberts Rd,   Hickory Hills, IL 60457-2238
10748573    Wffinancial,   1240 O    P,   West Des Moine, IA 50266
10748574   +Zenith Acqu,   3200 Elmwood Avenu Suite 213,   Kenmore, NY 14217-1178
11277329    eCAST Settlement Corporation,   Assignee of Household Bank,   P.O. Box 7247-6971,
             Philadelphia, PA 19170-6971
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
10748539   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 07 2011 22:26:02     Asset Acceptance,
             Po Box 2036,   Warren, MI 48090-2036
11094675   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 07 2011 22:26:02     Asset Acceptance LLC,
             assignee/ Citibank,   PO Box 2036,   Warren, MI 48090-2036
10748542   +Fax: 866-513-1948 Apr 07 2011 22:54:12      Banco Popular,   120 Broadway Fl 16,
             New York, NY 10271-0025
12393981   +E-mail/PDF: rmscedi@recoverycorp.com Apr 07 2011 23:57:55      Capital Recovery One,
             25 SE 2nd Avenue 1120,   Miami FL 33131-1605
10748553   +E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2011 23:57:54      Gemb/walmart,   Po Box 981127,
             El Paso, TX 79998-1127
10748557   +E-mail/PDF: cr-bankruptcy@kohls.com Apr 07 2011 23:55:06      Kohls,   N56 W17000 Ridge Wood Drive,
             Menomonee Fall, WI 53051-7096
```

```
District/off: 0752-1           User: csimmons              Page 2 of 2                   Date Rcvd: Apr 07, 2011
                               Form ID: pdf006             Total Noticed: 58

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
11044463       E-mail/Text: resurgentbknotifications@resurgent.com Apr 07 2011 22:25:28      LVNV Funding LLC,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
10748559      +E-mail/Text: bankrup@nicor.com Apr 07 2011 22:25:41      Nicor Gas,   1844 Ferry Road,
                Naperville, IL 60563-9600
12390039       E-mail/PDF: rmscedi@recoverycorp.com Apr 07 2011 23:57:55
                Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
10913336      +E-mail/PDF: rmscedi@recoverycorp.com Apr 07 2011 23:57:55
                Recovery Management Systems Corporation,   For GE Money Bank,   dba Sam’s Club,
                25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
10921991      +E-mail/PDF: pa_dc_claims@salliemae.com Apr 07 2011 23:58:19      Sallie Mae,   c/o Sallie Mae Inc.,
                220 Lasley Ave,   Wilkes-Barre, Pa 18706-1496
10748562      +E-mail/PDF: pa_dc_claims@salliemae.com Apr 07 2011 23:58:19      Sallie Mae 3rd Pty Lsc,
                1002 Arthur Dr,   Lynn Haven, FL 32444-1683
10748563      +E-mail/PDF: pa_dc_claims@salliemae.com Apr 07 2011 23:58:18      Sallie Mae Servicing,   Pob 9500,
                Wilkes Barre, PA 18773-9500
10748564      +E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2011 23:57:54      Sams Club,   Po Box 981400,
                El Paso, TX 79998-1400
10748565      +E-mail/Text: resurgentbknotifications@resurgent.com Apr 07 2011 22:25:29      Sherman Acquisitions,
                Po Box 740281,   Houston, TX 77274-0281
                                                                                              TOTAL: 15

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
                Sycamore, IL 60178-3140
aty*          +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
                Sycamore, IL 60178-3140
11407686    ##+AMC Mortgage Services,   P O Box 769,   Orange CA 92856-6769
10748544    ##+Capital One Fsb,   Po Box 26625,   Richmond, VA 23261-6625
11407687    ##+Heritage Lakes Estates,   c/o Coldwell Banker Honig Bell,   113 E 9th Street,
                Lockport Il 60441-3401
10748560    ##+Onyx Acceptance Corporation,   27051 Towne Centre Dr,   Foothill Ranch, CA 92610-2804
                                                                                              TOTALS: 0, * 2, ## 4

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ‘##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 09, 2011**           **Signature:**   _Joseph Speetjens_